# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **D. GORDON POTTER** | | |
| *Plaintiff,* | | Case No. 05-837T |
| v. | | Filed: September 7, 2005 |
| **THE UNITED STATES**, | | Senior Judge Smith |
| *Defendant.* | | |

**ORDER**

It appearing that Plaintiff has not paid the filing fee in the above captioned case, the Court ORDERS Plaintiff to pay the filing fee of $250.00 within 14 days from the date of this order. In the event the filing fee is not paid within 14 days, the case shall be dismissed.

**It is so ORDERED**.

/s/ Loren A. Smith
LOREN A. SMITH
Senior Judge