**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **D. GORDON POTTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **Case No. 05-837 T** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES** | ) | |
| **OF AMERICA** | ) | **Judge Loren A. Smith** |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF DIRECTLY RELATED CASES**

COMES NOW, D. Gordon Potter, Plaintiff, by and through counsel and provides notice pursuant to Court of Federal Claims Rule 40.2 that this case, docket no. 05-837 T, is directly related to UNICO SERVICES INC. f/k/a Unico Replacement Parts, Inc. v. United States, Fed. Cl. No. 05-838 T (Judge Victor J. Wolski). Plaintiff further provides that these cases contain similar claims, are based upon identical contracts, and consolidation of these cases will likely conserve judicial resources and promote the efficient determination of the actions.

RESPECTFULLY SUBMITTED,

Date:______________________ By_____________________________

Robert J. Stientjes
Gasaway & Stientjes LLP
41 S. Old Orchard Ave., Ste. B
Saint Louis, Missouri 63119
(314) 961-3812 telephone
(314) 918-7120 facsimile
Counsel for Plaintiff

Docket No. 05-837 T

``

This is to certify that a copy of the foregoing Notice of Directly Related Cases was served on counsel for respondent by mailing the same on August 25, 2005 in a postage paid wrapper addressed as follows:

Jennifer P. Wilson, Esquire
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

Date: Aug. 25, 2005 _

By: ____________________
Robert J. Stientjes
Counsel for Plaintiff
**Gasaway & Stientjes LLP**
41 S. Old Orchard Ave., Ste. B
Saint Louis, Missouri 63119
Telephone: (314) 961-3812
Facsimile: (314) 918-7120