**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **D. GORDON POTTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **Case No. 05-837 T** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | **Judge Loren A. Smith** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW, D. Gordon Potter, Plaintiff, by and through counsel and provides notice pursuant to Court of Federal Claims Rule 41(a) that this case, docket no. 05-837 T, is hereby voluntarily dismissed, *without prejudice*, prior to the service of an answer or motion for summary judgment.

RESPECTFULLY SUBMITTED,

Date: 9/27/05

By: s/ Robert J. Stientjes

Counsel for Plaintiff

**Gasaway & Stientjes LLP**

Robert J. Stientjes
41 S. Old Orchard Ave., Ste. B
Saint Louis, Missouri 63119
(314) 961-3812 telephone
(314) 918-7120 facsimile

Docket No. 05-837 T

``

This is to certify that a copy of the foregoing Notice of Voluntary Dismissal was served on counsel for respondent by mailing the same on September 27, 2005 in a postage paid wrapper addressed as follows:

Jennifer P. Wilson, Esquire
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

Date: September. 27, 2005 _ By: s/ Robert J. Stientjes

Counsel for Plaintiff

**Gasaway & Stientjes LLP**

Robert J. Stientjes
41 S. Old Orchard Ave., Ste. B
Saint Louis, Missouri 63119
Telephone: (314) 961-3812
Facsimile: (314) 918-7120